**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:

Chapter 7:

| | |
|---|---|
| 23-51177 | Coakley, Diane L |
| 23-51181 | Williams, Jermaine A |
| 23-50972 | Cain, Peter J. |
| 23-51197 | Rhodes, Michele Yvonne[1] |
| 23-51194 | Cook, Joshua Carroll |
| 23-51195 | Chafins, Zakari |
| 23-51232 | Gilmore, Sandra Lynn |
| 23-51228 | Koval, Mark A. |
| 23-51234 | Daniel, Melinda J. |
| 22-50125 | Henry, Stephanie |
| 23-51293 | Broadnax, Jazmin J. |
| 23-51252 | Cummings, Ginger M. |
| 23-51253 | Tieman, Jerika J. |
| 23-50701 | Whitney, Lady |
| 23-50811 | Mock, Treesje |
| 23-50870 | Benson, Jessica L., Benson, Joshua L. |
| 23-50896 | Holliday, Angelia |
| 22-53821 | Zarazua-Ledesma, Armando |
| 23-50752 | Cole, Ericka A |

Debtors.

## NOTICE OF REMOTE "341" MEETING OF CREDITORS

Christal L. Caudill, Trustee hereby gives notice that the "341" Meeting of Creditors in the above referenced case will take place remotely**. If a creditor other party in interest would like to appear they can participate via Zoom. Please notify the Trustee in advance if you plan to participate.** The information is set forth below:

https://us06web.zoom.us/j/81951478151?pwd=b215MUZTUEFEL3RQTEwxelU2QXlSQT09

Meeting ID:   819 5147 8151
Passcode: 520914

Audio (if computer audio not available):   1 305 224 1968  or 1 309 205 3325

Please contact the undersigned Chapter 7 Trustee prior to the hearing date with any questions.

Respectfully submitted,
/s/ Christal L. Caudill
Christal L. Caudill, Chapter 7 Trustee
4260 Tuller Road, Suite 102
Dublin, Ohio 43017
614/389-4942   (Telephone)
614/704-5999   (Facsimile)

---

[1] Pro Se debtor was notified via ordinary mail

clcaudill@caudill-law.com