**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 23-51228 |
| | : | |
| Mark A. Koval, | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Hoffman |

**STIPULATION EXTENDING TIME TO OBJECT TO DISCHARGE,**
**MOVE TO DISMISS AND DETERMINE DISCHARGEABILITY OF DEBTS**

Mark A. Koval ("Debtor"), the United States Trustee ("U.S. Trustee") and the State of Ohio ex rel. Attorney General Dave Yost ("Ohio AG") hereby stipulate and agree, pursuant to Federal Rule of Bankruptcy Procedure 4004(b), and Local Bankruptcy Rule 4004-2, that the U.S. Trustee and the Ohio AG shall have an additional sixty (60) days, through and including September 15, 2023, in which to file a complaint objecting to the Debtor's discharge under section 727 of Title 11, United States Code (the "Bankruptcy Code"); and, further, pursuant to Federal Rule of Bankruptcy Procedure 1017(e), that the U.S. Trustee shall also have an additional sixty (60) days, through and including September 15, 2023, in which to file a motion to dismiss under section 707(b)(3) of the Bankruptcy Code; and, further, pursuant to Federal Rule of Bankruptcy Procedure 4007(c) and Local Bankruptcy Rule 4007-1, that the Ohio AG shall also have an additional sixty (60) days, through and including September 15, 2023, in which to file a complaint to determine the dischargeability of certain debts under section 523 of the Bankruptcy Code.  The reason for the extension is that the Debtor needs additional time to compile and submit to the U.S. Trustee documents concerning the Debtor's financial condition.

Respectfully Submitted,

　/s/  John W. Kennedy
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, Ohio 43215-5759
Telephone: (614) 228-6345
Facsimile: (614) 228-6369
Email:  mnt@columbuslawyer.net
　　　　jwk@columbuslawyer.net
Attorneys for Debtor


ANDREW R. VARA
UNITED STATES TRUSTEE FOR REGIONS 3 AND 9

/s/ Pamela Arndt by John W. Kennedy per authority
Pamela Arndt (0068230)
U.S. Department of Justice, U.S. Trustee Program
170 North High St., Ste. 200
Columbus, OH 43215
Telephone: (614) 469-7415
Facsimile: (614) 469-7448
Email: pamela.d.arndt@usdoj.gov


DAVE YOST
Attorney General

/s/ Kevin R. Walsh by John W. Kennedy per authority
Kevin R. Walsh (0073999)
Assistant Attorney General
State of Ohio
Consumer Protection Section
615 W. Superior Ave., 11th Fl.
Cleveland, OH 44113
Telephone: (216) 787-3030
Email: kevin.walsh@ohioago.gov