**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
|  | ) | **Case No. 23-512228** |
|  | ) |  |
| **Mark Koval** | ) | **Chapter 7** |
|  | ) |  |
|  | ) | **JUDGE JOHN E HOFFMAN JR.** |

**WITHDRAW OF KARTHIK VENKATHESA THIRD PARTY COMPLAINT**
**(DOC # 18)**

Now comes the Counsel for KARTHIS VENKATHESA, and hereby Withdraws the Third Party complaint, filed on July 17th , 2023 Doc # 18. This was filed under the incorrect category.

.

Respectfully,

/s/ Karen E. Hamilton, 0064808
Karen E Hamilton
2025 S High Street, Suite1
Columbus, Ohio  43207
(614) 443-7920
(614) 443-7922  fax

karen@karenhamiltonlaw.net

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the Withdrawal was served on the following registered ECF participants, electronically through the Court's transmission facilities at their email addresses with the Court.

    The following parties were served by regular US Mail, postage prepaid this 17th day of July 2023.

Mark Koval
1235 Fareharm Drive
New Albany, OH 43054

Mark Koval
7448 Tottenham Place
New Albany, OH 43054

614 Custom Homes, Inc
7448 Tottenham Place
New Albany, OH 43054

United States Corporation Agents Inc.,
Statutory Agent for 614 Custom Homes, Inc.
411 Wolf Ledges Parkway Suite 201
Akron, OH 44311

John W. Kennedy
Strip Hoppers Leithart McGrath & Terlecky
Attorney for Debtor
575 South Third Street
Columbus, OH 43215

/s/ Karen E. Hamilton, 0064808
Karen E Hamilton
2025 S High Street, Suite1
Columbus, Ohio  43207

(614) 443-7920
(614) 443-7922  fax

karen@karenhamiltonlaw.net